IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RUSSELL E. FOLK,                              )
                                             )
          Petitioner,                         )        Civil Action No.  03 - 222J
                                             )
     v.                                       )        Judge Kim R. Gibson /
                                             )        Magistrate Judge Lisa Pupo Lenihan
ATTORNEY GENERAL OF THE                       )
COMMONWEALTH OF PA; GEORGE                    )
PATRICK, *Superintendent*,                    )
                                             )
          Respondents.

## ORDER

The above captioned case was initiated by the filing of a Petition and a Motion to

Proceed In Forma Pauperis on October 6, 2003, and was referred to United States Magistrate

Judge Ila Jeanne Sensenich for pretrial proceedings in accordance with the Magistrates Act, 28

U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.  The case

was transferred to Magistrate Judge Lisa Pupo Lenihan on April 6, 2004.

The magistrate judge's Report and Recommendation (Doc. No. 25), filed on

October 24, 2005, recommended that the habeas petition filed pursuant to 28 U.S.C. Section

2254 be dismissed.  It was also recommended that a certificate of appealability be denied.  The

report and recommendation was served on the Petitioner at SCI Houtzdale, P.O. Box 1000,

Houtzdale, PA 16698-1000, and on counsel for the Respondents.  The parties were advised they

were allowed ten (10) days from the date of service to file written objections to the report and

recommendation.  No objections have been filed.  After review of the pleadings and documents

in the case, together with the report and recommendation, the following order is entered:

**AND NOW**, this 27th day of March, 2006;

**IT IS HEREBY ORDERED** that the habeas petition filed pursuant to 28 U.S.C. Section 2254 is **DISMISSED**.

**IT IS HEREBY ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 25) of Magistrate Judge Lenihan, dated October 24, 2005, is adopted as the opinion of the court.

Dated: March 27, 2006

By the Court:

Kim R. Gibson
United States District Judge

cc:   Lisa Pupo Lenihan
      United States Magistrate Judge

      Russell E. Folk
      DQ - 7318
      SCI Houtzdale
      P.O. Box 1000
      Houtzdale, PA 16698-1000

      Christian D. Bareford
      Office of Attorney General
      Fifth Floor, Manor Complex
      564 Forbes Avenue
      Pittsburgh, PA 15219

2

Mary Lynch Friedline
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Susan J. Forney
Office of Attorney General
Fifth Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219